Stephen M. Russo, P.C. (SMR-6449)
27 North Broad Street
Ridgewood, New Jersey
(201) 445-7611
(201) 251-7696
Email: Steve@jrusso.com
Attorney for the Plaintiff, John Gerard

**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GERARD | |
| Plaintiffs, | Civil Action No.: 06-5869 (JLL) |
| vs. | Hon. Jose L. Linares, Chief Judge U.S.D.J. |
| EDWARD G. GLEASON, PRIME PLATE INDUSTRIES, INC. and CORBAN CORPORATION | |
| Defendants | **CONSENT ORDER** |

**THIS MATTER** having been brought before the Court by Stephen M. Russo, Esq., of the Law Offices of Stephen M. Russo, P.C., counsel of record for plaintiff John Gerard, and the defendant, Edward G. Gleason, appearing Pro-Se and as the President and CEO of the corporate defendants, Prime Plate Industries, Inc., & Corban Corporation, and the parties wishing to conclude the pending litigation by way of the defendant, Edward Gleason consenting to a judgment on behalf of the corporate defendants Prime Plate Industries, Inc., & Corban Corporation only and the plaintiff, John Gerard, is willing to dismiss the pending litigation as against Edward Gleason, without prejudice to the plaintiff's rights to re-assert its claims against Edward Gleason in the future, and the Court having reviewed the parties' request and, and good

cause having been shown,

IT IS on this _23rd_ day of _Nov._ 2009,

**ORDERED** that the Clerk of the United States District Court shall enter judgment in favor of the Plaintiff, John Gerard, against the defendants, Prime Plate Industries, Inc., & Corban Corporation in the amount of $220,000.00; and

**IT IS FURTHER ORDERED** that the plaintiff's case against the defendant, Edward Gleason is dismissed without prejudice; and

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all counsel of record within __7__ days of the date hereof.

_____
HONORABLE JOSE L. LINARES, U.S.D.J.

I hereby consent to this form of order:

By: Stephen M. Russo, Esq.

/s/ Stephen M. Russo
STEPHEN M. RUSSO, P.C.
ATTORNEYS FOR THE PLAINTIFF, JOHN GERARD


/s/ Edward Gleason
Edward Gleason, Defendant

/s/ Edward Gleason
Prime Plate Industries, Inc., by Edward Gleason, President and CEO


/s/ Edward Gleason
Corban Corporation, by Edward Gleason, President and CEO