# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4903**

December 18, 2009

Mark S. Haltzman, Esq.
Lamm, Robenstone, Lesavoy, Butz & David, LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

## ORDER TO SHOW CAUSE

RE: **Gerard v. Gleason, et al.**
**Civil Action No. 06-5869 (JLL)**

Dear Mr. Haltzman:

You are directed to show cause before me on **Monday, January 11, 2010 at 12:30 p.m.** why monetary/reprimand sanctions should not be imposed for failing to compensate the Mediator, Ms. Sheryl Mintz Goski, pursuant to the Court's program. See Local Rule 301.1.

You shall file any written submissions with the court by January 4, 2010.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

Orig: Clerk
cc: Hon. Jose L. Linares, U.S.D.J.
Sheryl Mintz Goski, Esq.
File

Sheryl Mintz Goski, Esq.
Herald & Haines, PA
25 Independence Boulevard
Warren, NJ 07059-6747