|  |  |
|---|---|
| **JOHN GERARD,** | **UNITED STATES DISTRICT COURT** |
| Plaintiff(s), | **DISTRICT OF NEW JERSEY** |
| -vs- | Civil Action No.  06-5869 (JLL) |
|  | **ORDER** |
| **EDWARD G. GLEASON, et al.,** |  |
| Defendant(s), |  |

IT IS on this 11th day of January, 2010,

ORDERED that the Order to Show Cause in this matter that was returnable January 11, 2010, is hereby discharged.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:         Hon. Jose L. Linares, U.S.D.J.
            File